1  Janice P. Brown, Esq. (SBN 114433)
   jbrown@meyersnave.com
2  Arlene R. Yang, Esq. (SBN 297450)
   ayang@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   600 B Street, Suite 1650
4  San Diego, California 92101
   Telephone: (619) 330-1700
5  Facsimile: (619) 330-1701

6  *Attorneys for Plaintiff/Defendant*
   INGREDION INCORPORATED

7  (additional counsel on signature page)

8

9  **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| INGREDION INCORPORATED, a Delaware corporation, | Case No.: 2:19-cv-01167-JAM-AC |
| Plaintiff, | **AMENDED STIPULATION AND ORDER EXTENDING THE DEADLINES IN THE SCHEDULING ORDERS** |
| v. | |
| TIMMERMAN STARLITE TRUCKING, INC., a California corporation, | |
| Defendant. | Complaint Filed: June 21, 2019 |
| TIMMERMAN STARLITE TRUCKING, INC., a California corporation, | Case No.: 2:19-cv-01876-JAM-AC |
| Plaintiff. | |
| v. | |
| INGREDION INCORPORATED, a Delaware corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

*Ingredion Incorporated v. Timmerman Starlite Trucking, Inc.*     2:19-cv-01167-JAM-AC
*Timmerman Starlite Trucking, Inc. v. Ingredion Incorporated*     2:19-cv-01876-JAM-AC
**AMENDED STIPULATION AND ORDER RE SCHEDULING ORDERS**     Page 1 of 4

INGREDION INCORPORATED and TIMMERMAN STARLITE TRUCKING, INC. (collectively, the "Parties") by and through their respective counsel, and pursuant to Local Rules 143 and 144 and Federal Rule of Civil Procedure 16(b)(4), hereby stipulate to an extension of the deadlines set forth in the Scheduling Orders entered in these two consolidated cases on January 13, 2020 (2:19-cv-01167-JAM-AC, Dkt. 20) and June 9, 2020 (2:19-cv-01876-JAM-AC, Dkt. 21), respectively. The Court has not previously granted any extensions of the deadlines in these Scheduling Orders.

Good cause exists for an amendment to the Scheduling Orders due to the national and regional public health emergency posed by the coronavirus outbreak, which has hindered the ability of the Parties to conduct discovery, and in particular, depositions. Additionally, counsel for Ingredion, the Brown Law Group, was unavailable for a period of time in September and October 2020 in order to attend to matters related to a merger of its firm with Meyers Nave. The parties also wish to build in some time to engage in private mediation after the exchange of expert witness reports.

Accordingly, the Parties hereby stipulate to and respectfully request that the Court amend the deadlines in the Scheduling Orders on the dates that follow:

| Event | Date |
|---|---|
| Disclosure of Expert Witnesses | January 8, 2021 |
| Supp. Disclosure & Disclosure of Rebuttal Expert Witnesses | January 22, 201 |
| Discovery Cut-Off | March 12, 2021 |
| Deadline to File Dispositive Motions | April 23, 2021 |

*Ingredion Incorporated v. Timmerman Starlite Trucking, Inc.*   2:19-cv-01167-JAM-AC
*Timmerman Starlite Trucking, Inc. v. Ingredion Incorporated*   2:19-cv-01876-JAM-AC
**AMENDED STIPULATION AND ORDER RE SCHEDULING ORDERS**   Page 2 of 4

| | |
|---|---|
| Hearing on Dispositive Motions | June 8, 2021 at 1:30 P.M. |
| Joint Pre-Trial Statement | July 16, 2021 |
| Pre-Trial Conference | July 23, 2021 at 11:00 A.M. |
| Trial (the Parties estimate 5 trial days) | September 13, 2021 at 9:00 A.M. |

**IT IS SO STIPULATED:**

Dated: November 6, 2020      **MEYERS, NAVE, RIBACK, SILVER & WILSON**

By: */s/ Arlene R. Yang*
Janice P. Brown, Esq.
Arlene R. Yang, Esq.
INGREDION INCORPORATED

Dated: November 6, 2020      **DOWNEY BRAND LLP**

By: */s/ Meghan M. Baker*
(as authorized on Nov. 6, 2020)
Meghan M. Baker, Esq.
Michael J. Laino, Esq.
TIMMERMAN STARLITE TRUCKING, INC.

*Ingredion Incorporated v. Timmerman Starlite Trucking, Inc.*       2:19-cv-01167-JAM-AC
*Timmerman Starlite Trucking, Inc. v. Ingredion Incorporated*       2:19-cv-01876-JAM-AC
**AMENDED STIPULATION AND ORDER RE SCHEDULING ORDERS**       Page 3 of 4

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 6, 2020        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE

*Ingredion Incorporated v. Timmerman Starlite Trucking, Inc.*        2:19-cv-01167-JAM-AC
*Timmerman Starlite Trucking, Inc. v. Ingredion Incorporated*        2:19-cv-01876-JAM-AC
**AMENDED STIPULATION AND ORDER RE SCHEDULING ORDERS**        Page 4 of 4