Janice P. Brown (SBN: 114433)
jbrown@meyersnave.com
Arlene R. Yang (SBN: 297450)
ayang@meyersnave.com
Nancy E. Harris (SBN: 197042)
nharris@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
600 B Street, Suite 1650
San Diego, California 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Plaintiff / Defendant
INGREDION INCORPORATED

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| INGREDION INCORPORATED, a Delaware corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMMERMAN STARLITE TRUCKING, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-01167-JAM-AC<br><br>**AMENDED STIPULATION AND ORDER EXTENDING THE DEADLINES IN THE SCHEDULING ORDERS**<br><br>Judge: Hon. John A. Mendez<br><br>Date Action Filed: June 21, 2019<br>Trial Date: September 13, 2021 |
| TIMMERMAN STARLITE TRUCKING, INC., a California corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INGREDION INCORPORATED, a Delaware corporation, and DOES 1 through 10 inclusive,<br><br>　　　　Defendant. | Case No. 2:19-CV-01876-JAM-AC<br><br>Date Action Filed: August 13, 2019 |

1 INGREDION INCORPORATED and TIMMERMAN STARLITE TRUCKING, INC. (collectively, the "Parties") by and through their respective counsel, and pursuant to Local Rules 143 and 144 and Federal Rule of Civil Procedure 16(b)(4), hereby stipulate to an extension of the deadlines set forth in the Scheduling Orders entered in these two consolidated cases on January 13, 2020 (2:19-cv-01167-JAM-AC, Dkt. 20), June 9, 2020 (2:19-cv-01876-JAM-AC, Dkt. 21) and November 9, 2020 (2:19-cv-01167-JAM-AC, Dkt. 28), respectively.  The Court has previously granted two extensions of the deadlines in these Scheduling Orders.

Good cause exists for an amendment to the Scheduling Orders due to the Parties' scheduling of a private mediation prior to the completion of discovery in these actions.  The parties have engaged the Honorable Richard Kramer (Ret.) of JAMS for this purpose and have scheduled a mediation date of February 25, 2021. Allowing additional time for the parties to complete mediation may conserve judicial resources.

Accordingly, the Parties hereby stipulate to and respectfully request that the Court amend the deadlines in the Scheduling Orders by approximately two months, on the dates that follow, or as soon thereafter as the Court's calendar permits:

| Event | Date |
|---|---|
| Disclosure of Expert Witnesses | March 12, 2021 |
| Supp. Disclosure & Disclosure of Rebuttal Expert Witnesses | March 26, 2021 |
| Joint Mid-Litigation Statement Filing Deadline: | April 30, 2021 (Fourteen (14) days prior to the close of discovery) |
| Discovery Cut-Off | May 14, 2021 |
| Deadline to File Dispositive Motions | June 11, 2021 |
| Hearing on Dispositive Motions | July 13, 2021 at 1:30 P.M. |

| Event | Date |
|---|---|
| Joint Pre-Trial Statement | October 1, 2021 |
| Final Pre-Trial Conference | October 8, 2021 at 10:00 A.M. |
| Jury/Bench Trial (the Parties estimate 5 trial days) | November 29, 2021 at 9:00 A.M. |

**IT IS SO STIPULATED:**

DATED:  January 15, 2021          MEYERS, NAVE, RIBACK, SILVER & WILSON


By:  /s/ Nancy E. Harris
     JANICE P. BROWN
     NANCY E. HARRIS
     Attorneys for Plaintiff / Defendant
     INGREDION INCORPORATED


DATED:  January 15, 2021          DOWNEY BRAND


By:  /s/ Meghan M. Baker
     MEGHAN M. BAKER
     MICHAEL J. LAINO
     Attorneys for Defendant / Plaintiff
     TIMMERMAN STARLITE TRUCKING, INC.

3
AMENDED STIPULATION AND ORDER EXTENDING THE DEADLINES IN THE SCHEDULING ORDERS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 15, 2021            /s/ John A. Mendez
                                   _____
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

AMENDED STIPULATION AND ORDER EXTENDING THE DEADLINES IN THE SCHEDULING ORDERS